# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mirando, Carol | U.S. District Court, Middle District of Florida | 6/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 01/01/2019 **to** 01/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street
Fort Myers, Florida 33901

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | City of Jacksonville General EmployeesPension Plan - vested benefit |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 6/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Brokerage Account #1: | | | | | | | | | |
| 2.  -- Oakmark International I | A | Dividend | K | T | | | | | |
| 3.  -- ClearBridge Mid Cap Core | A | Dividend | K | T | | | | | |
| 4.  -- Touchstone Focused Y | A | Dividend | K | T | | | | | |
| 5.  Brokerage Account # 2: | | | | | | | | | |
| 6.  -- Oakmark International I | A | Dividend | J | T | | | | | |
| 7.  -- ClearBridge Mid Cap Core | A | Dividend | J | T | | | | | |
| 8.  -- Touchstone Focused Y | A | Dividend | J | T | | | | | |
| 9.  Rental Prop. #2 Atlantic Beach, FL (2005 $125,500) | D | Rent | M | W | | | | | |
| 10.  USAA FSB | A | Int./Div. | M | T | | | | | |
| 11.  Brokerage Account # 3: Raymond James | | | | | | | | | |
| 12.  Raymond James Deposit Program, Cash | A | Interest | M | T | | | | | |
| 13.  1347 PPTY Ins Hldgs Inc | A | Interest | | | Sold | 01/11/19 | J | A | |
| 14.  Allianz Income and Growth Fund | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 15.  Amtrust Financial Services PFD | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 16.  Anheuser Busch Inbev | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 17.  Apollo Invt Corp | A | Dividend | | | Sold | 01/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Applied Optoelectronics Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 19. Ashford Hospitality Trust | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 20. Banc of California Inc Preferred | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 21. Blue Cap Reins Hldgs Limited | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 22. Calamos Global Equity Fund C | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 23. CBL & Associates Properties | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 24. Centurylink Incorporated | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 25. Cohen & Steers Infrastructure / UTF | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 26. Colony Capital Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 27. Columbia Seligman Comm & Info | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 28. Compass Diversified Holdings | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 29. Davis Financial Fund A | A | Dividend | | | Sold | 01/11/19 | J | C | |
| 30. Deutsche Bank Contingent Cap Trust II | A | Interest | | | Sold | 01/11/19 | J | A | |
| 31. Duff & Phelps GLB UTL Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 32. Eaton Vance Stock Fund | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 33. First Trust Dynamic Europe Eqt Fund | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 34. Fortress Trans Infrst Invs LLC | A | Dividend | | | Sold | 01/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gabelli Multimedia Tr Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 36. Global Indemnity P Sub NT (Cayman) | A | Interest | | | Sold | 01/11/19 | J | A | |
| 37. Global Indemnity Ltd Sub NT | A | Interest | | | Sold | 01/11/19 | J | A | |
| 38. Global Medical REIT | A | Interest | | | Sold | 01/11/19 | J | A | |
| 39. GMAC Capital Trust I GTD | A | Interest | | | Sold | 01/11/19 | J | A | |
| 40. Government PPTYS Income Tr | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 41. Guggenheim Eq Weight Enhanced | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 42. Invesco Mortgage Capital Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 43. John Hancock HDG EQ & Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 44. Kinder Morgan Inc PFD Ser A | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 45. Kraft Heinz Company | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 46. Landmark Infrastructure LP | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 47. Lazard Glb TTL Ret & Inc Fd Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 48. Macquarie FtTr Gb | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 49. Macquarie Infrastructure Corp | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 50. Maiden Holdings North America LTD | A | Interest | | | Sold | 01/11/19 | K | A | |
| 51. Massachusetts Investors Growth St Fund | A | Dividend | | | Sold | 01/11/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. McClatchy Company Class A | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 53. National General Holdings Co | A | Interest | | | Sold | 01/11/19 | J | A | |
| 54. Omega Healthcare Invs Inc REIT | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 55. Pennymac Mortgage Investment Trust | A | Interest | | | Sold | 01/11/19 | J | A | |
| 56. Plymouth Indl REIT | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 57. PreferredPlus Trust CZN-1 Tr | A | Interest | | | Sold | 01/11/19 | J | A | |
| 58. ProShares S&P 500 Dividend Aristocrats | A | Interest | | | Sold | 01/11/19 | J | A | |
| 59. Procter and Gamble Company | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 60. Putnam International Growth Fund | A | Dividend | | | Sold | 01/11/19 | K | C | |
| 61. Starwood Property Tr Inc REIT | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 62. Sunoco LP | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 63. Travelcenters of America LLC | A | Interest | | | Sold | 01/11/19 | J | A | |
| 64. Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 01/11/19 | J | B | |
| 65. Walmart Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 66. Abbvie Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 67. Air Products & Chemicals Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 68. Allstate Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Alphabet Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 70.  Amazon Com Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 71.  American Century Equity Income Fund I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 72.  Apple Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 73.  Ark Innovation ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 74.  Becton Dickinson & Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 75.  Blackstone Alternative Multi Strategy Fd I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 76.  Bond Fund of America F2 American Fds | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 77.  Booking Holdings Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 78.  Broadcom Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 79.  Carnival Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 80.  Celgene Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 81.  Center Coast Brookfield Midstream Focus Fd CLS Y | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 82.  Chevron Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 83.  Chubb Limited | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 84.  Cisco Systems Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 85.  CME Group Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Cognizant Technology Solutions CL A | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 87. | Columbia Emerging Mkts Bond Fd CL I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 88. | CVS Health Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 89. | Eaton Corp PLC | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 90. | Fedex Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 91. | Fidelity Advisor Real Estate Income Fd I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 92. | Goldman Sachs Intl Small Cap Insights Fd | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 93. | Goldman Sachs Sm-Mid Cap Growth Fd I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 94. | Grant Park Multi Alt Strat Fd CL I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 95. | Halliburton Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 96. | Home Depot Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 97. | Ingersoll-Rand PLC | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 98. | Intercontinental Exchange Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 99. | Iqvia Hldgs Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 100. | iShares Tr Core S&P MCP ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 101. | iShares Tr Core S&P SCP ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 102. | iShares Tr PHLX Semicnd ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Janus Henderson Developed World Bond Fund Class I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 104.  Janus Henderson Short Duration Inc ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 105.  JPMorgan Chase & Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 106.  Kansas City Southern Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 107.  Lauder Estee Companies Inc Cl A | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 108.  Marathon Pete Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 109.  Merck & Company Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 110.  Microchip Technology Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 111.  Microsoft Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 112.  Motorola Solutions Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 113.  Pacer Trendpilot US Large Cap ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 114.  Pfizer Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 115.  Pioneer Multi Asset Ultrashort Inc Fd Y | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 116.  Pioneer Natural Resources Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 117.  Pioneer Strategic Income Fd Cl Y | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 118.  Salesforce Com Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 119.  Synchrony Financial | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Transamerica Intl Equity Fund CL I | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 121.  Union Pacific Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 122.  VanEck Emerging Mkts Fund Cl Y | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 123.  Verizon Communications Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 124.  Visa Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 125.  Westrock Co | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 6/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol Mirando**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544